IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PIERRE JAMES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REDNOUR, MAJOR DURHAM, ADMINISTRATIVE REVIEW BOARD, COWAN, LEIFER, ASPEY, KEVIN CARTWRIGHT, CARD, JOEL HEPP, MOTT, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, SERGANT BONHART, SEAN WOLTERS, JOSHUA SCHOENBECK, RICHARD SWINEY, TRACY HEIMAN, JASON LANE and TODD SCOTT,<br><br>　　　　Defendant(s). | )<br>)<br>)<br>)<br>)  CASE NO.  11-1083-SCW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL CASE**

Defendants REDNOUR, MAJOR DURHAM, ADMINISTRATIVE REVIEW BOARD, COWAN, LEIFER, ASPEY, JOEL HEPP, MOTT, and SERGANT BONHART were dismissed with prejudice on August 24, 2012 by an Order entered by Chief Judge Michael J. Reagan (Doc. 9).

Defendant CARD was dismissed without prejudice on December 10, 2012 by an Order entered by Chief Judge Michael J. Reagan (Doc. 24).

Defendants JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5 were dismissed and replaced by named Defendants on June 17, 2013 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 55).

Defendants SEAN WOLTERS and JOSHUA SCHOENBECK were granted judgment as a matter of law on March 17, 2014 by Order entered by Magistrate Judge Stephen C. Williams (Doc. 181).

The remaining issues came before this Court for jury trial.  The issues have been tried and the Jury has rendered its verdict in favor of Defendants KEVIN CARTWRIGHT, SEAN WOLTERS, JOSHUA SCHOENBECK, RICHARD SWINEY, TRACY HEIMAN, JASON LANE and TODD SCOTT and against Plaintiff PIERRE JAMES.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **REDNOUR, MAJOR DURHAM, ADMINISTRATIVE REVIEW BOARD, COWAN, LEIFER, ASPEY, KEVIN CARTWRIGHT, CARD, JOEL HEPP, MOTT, SERGANT BONHART, SEAN WOLTERS, JOSHUA SCHOENBECK, RICHARD SWINEY, TRACY HEIMAN, JASON LANE** and **TODD SCOTT** and against Plaintiff **PEIRRE JAMES**.

Plaintiff shall take nothing from this action.

**DATED** this 20th day of March, 2015

                                            JUSTINE FLANAGAN,
                                            Acting Clerk of Court

                                            By: s//Angie Vehlewald
                                                     Deputy Clerk

Approved by: *s// Stephen C. Williams*
              STEPHEN C. WILLIAMS
              United States Magistrate Judge